**Continuing Abatement Order filed April 28, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00934-CV**

_____

**AIRCON CORPORATION, Appellant**

**V.**

**RALPH A. FIGGS, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-26100**

## CONTINUING ABATEMENT ORDER

On February 13, 2020, this appeal was abated for sixty days because the parties had reached an agreement to settle the issues on appeal. As of this date, the parties have not filed a motion to dismiss the appeal or other dispositive motion, a motion to reinstate the appeal, or a motion to extend the period of abatement.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Hassan.